JANNA K. LOWENSTEIN (SBN 225371)
Lowenstein Disability Lawyers, A.L.C.
25350 Magic Mountain Pkwy Suite 300
Valencia, CA   91355
Tel:   (818) 905 6611
Fax:   (818) 789 1375
Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BARBARA SAMUELS,

       Plaintiff,

vs.

MARTIN J. O'MALLEY
COMMISSIONER OF SOCIAL
SECURITY

       Defendant

_____

Case No.   2:24-cv-00186-DMG-SHK

[~~PROPOSED~~] ORDER AWARDING ATTORNEYS FEES PURSUANT TO EAJA 28 U.S.C. §2412(d)

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorney's fees under EAJA,

IT IS HEREBY ORDERED that EAJA fees are awarded in the amount of $3,889.45 in attorney's fees, and $405.00 in costs, subject to the terms of the stipulation.

Dated:   ___7/16/2024___

_____
HON. SHASHI H. KEWALRAMANI
U.S. Magistrate Judge

---

**1**                                                                    **Order Awarding EAJA Fees**